

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00400-CR, 04-17-00401-CR, 04-17-00402-CR, 04-17-00403-CR & 04-17-00404-CR

Logan Trey **FIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5810, 5811, 5812, 5813 & 5814
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant Logan Field filed separate notices of appeal for five related trial court causes from Gillespie County in appeals numbered 04-17-00400-CR, 04-17-00401-CR, 04-17-00402-CR, 04-17-00403-CR, and 04-17-00404-CR.  Appellant moved this court to consolidate these appeals.  Because each of the Gillespie County appeals pertains to the same event and the same grounds for a motion to suppress, we granted Appellant's motion in part.  We ordered Appellant and the State to file motions, briefs, and other pleadings as if the appeals were one and to include all five appeal numbers in the style of the case.  We advised the parties that this court would include each appeal number in any further orders, but we would maintain a separate appellate record for each appeal.

On November 1, 2017, Appellant filed a motion for extension of time to file his brief in these cases, and a motion to consolidate the five Gillespie County appeals with four appeals from Kerr County numbered 04-17-00321-CR, 04-17-00322-CR, 04-17-00323-CR, and 04-17-00324-CR.  Those appeals are all based on the same event that occurred in Gillespie County on July 14, 2015.

Appellant's motion to consolidate the Kerr County and Gillespie County appeals for purposes of briefing and arguments is DENIED.  However, this court will treat the Kerr County and Gillespie County appeals as companion cases.  The two sets of appeals will be considered and decided by the same panel at the same time.

Appellant's motion for extension of time to file the brief is GRANTED. Appellant's brief is due on November 15, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

_____
Keith E. Hottle
Clerk of Court